USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BRITTANY JONES, :
:
:
Plaintiff, :
: 21-cv-7298 (LJL)
-v- :
: ORDER
:
NISSAN MOTOR ACCEPTANCE COMPANY LLC et :
al, :
:
Defendants. :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has received the stipulation of voluntary dismissal as to defendant Experian Information Solutions, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Dkt. No. 39.  Rule 41 addresses dismissal of actions rather than dismissal of parties.  Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against defendant Experian Information Solutions, Inc. with prejudice and with each party to bear their own costs and fees.

The Clerk of Court is respectfully directed to terminate defendant Experian Information Solutions, Inc.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge