```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
BRITTANY JONES,                                                :
                                                               :
                          Plaintiff,                           :
                                                               :           21-cv-7298 (LJL)
            -v-                                                :
                                                               :               ORDER
NISSAN MOTOR ACCEPTANCE COMPANY LLC et                         :
al,                                                            :
                                                               :
                          Defendants.                          :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that Plaintiff has reached a settlement in principle with all parties in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: January 11, 2022  
      New York, New York

                                              LEWIS J. LIMAN  
                                         United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 01/11/2022